AO 442 (12/85) Warrant for Arrest

Fid. 11692888
USMS: 25286-511

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

KADEEM MILLER

**WARRANT FOR ARREST**

CASE NO. 1:24-CR-219 ELR

**SEALED**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 13 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**AGENT TO ARREST**

To:   The United States Marshal
      and any Authorized United States Officer

   **YOU ARE HEREBY COMMANDED** to arrest KADEEM MILLER and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

Charging him or her with (brief description of offense):  **Count One**: Conspiracy to Commit Bank and Wire Fraud **Count Two through Five**: Bank Fraud **Count Six through Twenty-One**: Wire Fraud

in violation of **Title 18, United States Code, Section(s) 1349, 1344 and 1343.**

KEVIN P. WEIMER
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

July 9, 2024  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received:  07-09-2024

Date of Arrest:  07-16-2024

W. Scott Baucom
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

F.id. 11692888

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

**COPY**

UNITED STATES OF AMERICA,

vs.

KADEEM MILLER

**WARRANT FOR ARREST**

CASE NO. 1:24-CR-219

**SEALED**

### AGENT TO ARREST

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest KADEEM MILLER and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): **Count One:** Conspiracy to Commit Bank and Wire Fraud **Count Two through Five:** Bank Fraud **Count Six through Twenty-One:** Wire Fraud

in violation of **Title 18, United States Code, Section(s) 1349, 1344 and 1343.**

KEVIN P. WEIMER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

July 9, 2024 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 7/10/24

Date of Arrest: 7/16/24

W. Scott Barcom
Name and Title of Arresting Officer

[signature]
Signature of Arresting Officer