PS 8
(Rev. 12/04)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 27 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for

Northern District of Georgia

U.S.A. vs.   Kadeem Miller         Docket No. 1:24-CR-0219

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Skyra Watson   , pretrial services/probation officer, presenting an official report upon the conduct of defendant   Kadeem Miller  , who was placed under pretrial release supervision by the Honorable   Russell G. Vineyard  , sitting in the court at   Atlanta   on the   16th   date of   July  ,   2024.

### Release Conditions:

Submit to supervision by and report for supervision to the Pretrial Services Office as directed.
Continue or actively seek employment.
Not obtain a passport or other international travel document.
Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
Not possess a firearm, destructive device, or other weapon.
Not use alcohol excessively.
Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by licensed medical practitioner.
Report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
Travel restricted to the Northern District of Georgia unless the supervising officer has approved travel in advance.
Defendant may not establish any new lines of credit and may not have access to any personal identifying information.
Defendant is prohibited from accessing the internet.

On July 26, 2024, the defendant's bond was modified to allow him to travel to the Middle District of Georgia to visit family in Upson and Lamar Counties, without prior approval of his supervising officer, and shall be permitted to use the internet at a public library for the purposes of finding and applying for employment.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1: The defendant must actively seek, or maintain employment:** As of the date of this report, the defendant has failed to actively seek or maintain employment.

The defendant reported that he was employed with UberEats under his girlfriend's account as of October 2024 and provided a screenshot of earnings with no name to validate who the earnings belonged to. The defendant also provided a screenshot of UberEats earnings from January 2025, that also failed to show who the account belonged to.

On January 28, 2025, this officer emailed the defendant a job fair flyer hosted by Goodwill for February 1, 2025, and instructed the defendant to attend and provide proof of attendance. The defendant did not attend and did not provide proof of attendance.

On January 30, 2025, this officer advised the defendant that her supervisor, SUSPO Steven Witherspoon, advised her that the defendant must secure a more legitimate place of employment and could not provide proof of earnings under his girlfriend's Uber Eats account. This officer emailed the defendant a job search log and instructed the defendant to fill it out

and email it back to this officer every Friday. As of the date of this report, no job search logs have been emailed to this officer.

On February 3, 2025, this officer sent the defendant information for a job opportunity with Deluxe Inn that offered 5-minute walk-in interviews on February 3rd, 4th, 5th, and 6th. The defendant did not attend any of the interview slots.

On March 31, 2025, the defendant advised this officer that he made his business "Miller LLC" active again and plans to work under his business. As of the date of this report, no proof of this business being active was provided to this officer.

On April 1, 2025, this officer emailed the defendant information for two job fairs through Goodwill scheduled for April 24, 2025, 2025, and April 15, 2025, and told him it was mandatory for him to attend and provide proof. As of the date of this report, the defendant failed to provide proof of attendance.

On June 18, 2025, this officer contacted the defendant to inquire about employment status. The defendant advised that he is unemployed at this time, and that he was previously working for "Spectacular Creations and Solutions" located in Atlanta, Georgia. As of the date of this report, the defendant never submitted proof of being employed with this company. He also advised that he only worked for them for a total of two weeks but missed four days of work due to federal and state probation visits that did not follow through and was fired. This officer asked the defendant which exact days he missed due to federal probation, and the defendant could not provide those dates but advised they were in May. It should be noted this officer has been out on sick leave since May 6, 2025, and according to the officer that was conducting his home visits in the meantime, USPO Bell, she never set up a home visit and did not show up. In contrast, USPO Bell attempted several times to conduct home visits with the defendant and he was not home.

On June 19, 2025, this officer contacted Stepheno Jones, owner of Spectacular Creations and Solutions, to get an understanding of the defendants work status. According to Mr. Jones, he was unaware the defendant was on probation and that he had not fired the defendant. He also informed this officer the defendant was calling out of work continuously and did not mention it was because of probation. He stated that one of the times the defendant called out was due to a car accident. Mr. Jones also was unable to provide exact dates the defendant worked and/or called out but did state the defendant was not fired and could return at any time.

**Violation #2: The defendant must not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner:** On June 5, 2025, USPO Bell conducted a walkthrough of the defendant's home and observed a marijuana grinder in the living room that emitted the odor of THC.

USPO Bell took a photo of the grinder and advised this officer she could smell the odor of THC within the grinder and observed ash around the grinder and on the grinder. This officer spoke with the defendant and inquired about the reason for the grinder in the living room. The defendant advised that the living room is not a common area because there is a mattress in there and a roommate occupies that room. This officer asked the defendant would he be open to signing a modification order adding drug testing to his bond conditions along with community service while he is unemployed. The defendant stated he wanted to speak with his attorney first. On June 20, 2025, the defendant advised he wanted a summons to appear before the judge instead of signing a modification.

**PREVIOUS VIOLATIONS REPORTED TO COURT:**

None.

**PRAYING THAT THE COURT WILL ORDER** a Summons issued for Kadeem Miller to appear before the Court in Atlanta, Georgia, to show cause why his pretrial bond supervision should not be modified or revoked.

ORDER OF COURRT

Considered and ordered this __26th__ day of __June__, 20__25__ and ordered filed and made a part of the records in the above case,

_Russell G. Vineyard_
Chief U.S. Magistrate Judge
Russell G. Vineyard

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 26, 2025__

_Skyra Watson_
U.S. Pretrial Services/Probation Officer

Place __Atlanta, Georgia__